

UNITED STATES BANKRUPTCY COURT
Northern District of California
U.S. Courthouse and Federal Building
280 South First Street Room 3035
San Jose, California 95113-3099
(408) 535-5118



FILED
2007 DEC -6  P 1: 25
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**Gloria L. Franklin**
**Clerk of Court**

Richard W. Wieking, Clerk
United States District Court
280 South First Street
San Jose, CA 95113

      Re:    *Case Name:*  Sarah Cecconi vs Guiseppe Enzo Cecconi
            *Case Number:*  03-5024-ASW
            *Bankruptcy Judge Name:*  Arthur S. Weissbrodt
            *District Court #:*

Dear Mr. Wieking:    **C 07   06194   JW**

[ ] Enclosed please find the Notice of Appeal, certified copy of the docket and order being appealed and related papers from BAP and designated items to form the record on appeal for assignment to a district court judge.

[X] Enclosed please find a conformed copy of the Notice of Appeal, Election to District Court document, as well as a certified copy of the docket and order being appealed for assignment to a district court judge.

[ ] Enclosed please find a conformed copy of the Notice of Appeal, Election to District Court document, a certified copy of the docket, the order being appealed, as well as Motion for Leave to Appeal / *Non-Final Order/Judgment* for assignment to a district court judge.

[ ] Enclosed please find the record of designated items and a certificate of record for an appeal that has been previously sent to the district court.

[X] Enclosed please find the Appellant's Designation of Record.

[ ] Enclosed please find the Appellee's Designation of Record.

[X] Enclosed please find the Statement of Issues.

[ ] Enclosed please find the Motion for Leave to Appeal / *Non-Final Order/Judgment*.

[ ] Other.

Please acknowledge receipt of this appeal by stamping the district court case number on a copy of this letter and return it to Janet Dustin.

                                               Gloria L. Franklin, Clerk
                                               United States Bankruptcy Court

Dated: November 30, 2007                By: /s/
                                               Janet Dustin, Deputy Clerk

SHARTSIS FRIESE LLP
MARY JO SHARTSIS (Bar #55194)
AMY L. HESPENHEIDE (Bar #200930)
One Maritime Plaza, 18th Floor
San Francisco, California 94111-3598
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Adversary Defendant
A. C. SPICER, TRUSTEE IN BANKRUPTCY

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: <br> GIUSEPPE ENZO CECCONI, <br> Debtor. | No. 02-50653-ASW <br> ANCILLARY PROCEEDING <br> Adversary Proceeding No. 03-5024-ASW |
| SARAH CECCONI, <br> Plaintiff, <br> v. <br> GIUSEPPE ENZO CECCONI and A. C. SPICER, TRUSTEE IN BANKRUPTCY, <br> Defendants. | **NOTICE OF APPEAL** |
| A. C. SPICER, TRUSTEE IN BANKRUPTCY, <br> Counterclaimant, <br> v. <br> SARAH CECCONI, <br> Counter-Defendant. | |
| A. C. SPICER, TRUSTEE IN BANKRUPTCY, <br> Cross-Claimant, <br> v. <br> GIUSEPPE ENZO CECCONI, <br> Cross-Defendant. | |

Case No. 02-50653-ASW          NOTICE OF APPEAL

Pursuant to section 158(a)(1) of Title 8 of the United States Code, Adversary Defendant A. C. Spicer, Trustee in Bankruptcy, appeals to the United States District Court for the Northern District of California from the Order Awarding Monetary Sanctions Against Plaintiff Sarah Cecconi ("Order") entered by the Bankruptcy Court in this adversary proceeding on November 16, 2007.

The names of all other parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

**Adversary Plaintiff:**  Sarah Cecconi

**Represented by:**  Paul S. Avilla
Elaine M. Seid
McPharlin, Sprinkles & Thomas LLP
10 Almaden Blvd., Suite 1460
San Jose, CA  94113
Tel: (408) 293-1900

**Adversary Defendant:**  Guiseppe Enzo Cecconi

**Represented by:**  Patric J. Kelly
Adleson, Hess & Kelly
577 Salmar Avenue, Second Floor
Campbell, CA  95008
Tel.: (408) 341-0234.

DATED: November 28, 2007        SHARTSIS FRIESE LLP

By: _____/s/ Mary Jo Shartsis_____
MARY JO SHARTSIS

Attorneys for Adversary Defendant
A. C. SPICER, TRUSTEE IN BANKRUPTCY

6043\002\AHESPENHEIDE\1472906.1

Case 5:07-cv-06194-JW   Document 1   Filed 12/06/2007   Page 5 of 9

Entered on Docket
November 16, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED.
Signed November 16, 2007

*Arthur S. Weissbrodt*
**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

SHARTSIS FRIESE LLP
MARY JO SHARTSIS (Bar #55194)
AMY L. HESPENHEIDE (Bar #200930)
One Maritime Plaza, 18th Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: mshartsis@sflaw.com
       ahespenheide@sflaw.com

Attorneys for Adversary Defendant
A. C. SPICER, TRUSTEE IN BANKRUPTCY

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>GIUSEPPE ENZO CECCONI,<br><br>                Debtor.<br><br>SARAH CECCONI,<br><br>                Plaintiff,<br><br>v.<br><br>GIUSEPPE ENZO CECCONI AND A. C. SPICER, TRUSTEE IN BANKRUPTCY,<br><br>                Defendants.<br><br>AND RELATED COUNTER-CLAIM AND CROSS-CLAIM. | Case No. 02-50653-ASW<br>ANCILLARY PROCEEDING<br>Adversary Proceeding No. 03-5024-ASW<br><br>**[PROPOSED] ORDER AWARDING MONETARY SANCTIONS AGAINST PLAINTIFF SARAH CECCONI** |

In accordance with the Court's Memorandum Decision After Trial entered on April 17, 2007, and for the reasons stated in the Court's Memorandum Decision Re Request for Monetary Sanctions entered on October 16, 2007,

IT IS HEREBY ORDERED that Trustee is awarded the sum of $111,373.50 as monetary sanctions against Plaintiff and Counter-Defendant Sarah Cecconi.

Case No. 03-5024-ASW     [PROPOSED] ORDER GRANTING MONETARY SANCTIONS

1  APPROVED AS TO FORM:

2  MCPHARLIN SPRINKLES & THOMAS LLP

3

4  By:  /s/ Paul S. Avilla
        ─────────────────────
        PAUL S. AVILLA
5       Attorneys for Adversary Plaintiff and
        Counter-Defendant Sarah Cecconi
6

7  DATED: November 8, 2007

8

9  ********************************END OF ORDER********************************

SHARTSIS FRIESE LLP
MARY JO SHARTSIS (Bar #55194)
AMY L. HESPENHEIDE (Bar #200930)
One Maritime Plaza, 18th Floor
San Francisco, California 94111-3598
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Adversary Defendant
A. C. SPICER, TRUSTEE IN BANKRUPTCY

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>GIUSEPPE ENZO CECCONI,<br><br>Debtor. | No. 02-50653-ASW<br>ANCILLARY PROCEEDING<br>Adversary Proceeding No. 03-5024-ASW<br><br>**ELECTION TO HAVE BANKRUPTCY APPEAL HEARD BY UNITED STATES DISTRICT COURT**<br><br>**NOTICE OF RELATED CASE** |
| SARAH CECCONI,<br>                    Plaintiff,<br>v.<br>GIUSEPPE ENZO CECCONI and A. C. SPICER, TRUSTEE IN BANKRUPTCY,<br>                    Defendants. | |
| A. C. SPICER, TRUSTEE IN BANKRUPTCY,<br>                    Counterclaimant,<br>v.<br>SARAH CECCONI,<br>                    Counter-Defendant. | |
| A. C. SPICER, TRUSTEE IN BANKRUPTCY,<br>                    Cross-Claimant,<br>v.<br>GIUSEPPE ENZO CECCONI,<br>                  Cross-Defendant. | |

Case No. 02-50653-ASW    ELECTION TO HAVE BANKRUPTCY APPEAL HEARD BY UNITED STATES
DISTRICT COURT AND NOTICE OF RELATED CASE

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that appellant A. C. Spicer, Trustee in Bankruptcy and adversary defendant in the above-entitled case, hereby elects pursuant to 28 U.S.C. section 158(c)(1) to have this appeal heard by the United States District Court for the Northern District of California.

NOTICE IS ALSO HEREBY GIVEN that this appeal is related to the appeal of the underlying Judgment After Trial entered by the Bankruptcy Court in this case on July 2, 2007, which is currently pending in the United States District Court for the Northern District of California, Case No. 5:07-CV-03636-JW, before the Honorable James Ware.

DATED: November 28, 2007            SHARTSIS FRIESE LLP

By: _____/s/ Mary Jo Shartsis_____
         MARY JO SHARTSIS

Attorneys for Adversary Defendant
A. C. SPICER, TRUSTEE IN BANKRUPTCY

6043\002\AHESPENHEIDE\1433116.1

-1-

Case No. 03-5024-ASW    ELECTION TO HAVE BANKRUPTCY APPEAL HEARD BY UNITED STATES DISTRICT COURT AND NOTICE OF RELATED CASE

Re: 03-5024; Cecconi vs Cecconi et al.

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed and qualified clerk in the office of the Northern District of California, San Jose, California, hereby certify:
NOTICE OF APPEAL
STATEMENT OF ELECTION
APPEAL INFORMATION SHEET
CERTIFICATE OF MAILING

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document by depositing it in the regular United States mail at San Jose, California on the date shown below, in a sealed envelope bearing the lawful frank of the United States Bankruptcy Court addressed as listed below.

Sarah Cecconi
**Repesented by:** Paul S. Avilla
Elaine M. Seid
McPharlin, Sprinkles & Thomas LLP
10 Almaden Blvd., Suite 1460
San Jose, CA 94113

A.C. Spicer, Trustee in Bankruptcy
c/o Shartsis Friesee LLP
One Maritime Plaza, 18th Fl.
San Francisco, CA 94111-3598

United States District Court
280 S. First Street, 2nd Fl.
San Jose, CA 95113

Guiseppe Enzo Cecconi
**Represented by:** Patric J. Kelly
Adleson, Hess & Kelly
577 Salmar Avenue, Second Floor
Campbell, CA 95008

Office of the United States Trustee
280 S. First Street, #268
San Jose, CA 95113

Dated: November 30, 2007

/s/
Janet Dustin, Deputy Clerk

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California

1

Certificate of Mailing.wpt