IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| A.C. Spicer, Trustee in Bankruptcy, | NO. C 07-06194 JW |
| Appellant, | **JUDGMENT** |
| v. | |
| Sarah Cecconi, | |
| Appellee. / | |

Pursuant to the Court's August 24, 2009 Order Affirming Bankruptcy Court, judgment is entered in favor of Appellee Sarah Cecconi, against Appellant A.C. Spicer, Trustee in Bankruptcy for the estate of Giuseppe Enzo Cecconi.

The Court AFFIRMS the Bankruptcy Court's award of monetary sanctions against Appellee in the amount of $113,373.50.  Judgment shall be entered accordingly.

Each party shall bear their own fees and costs.  The Clerk shall close this file.

Dated: August 24, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amy L. Hespenheide AHESPENHEIDE@SFLAW.COM
Mary Jo C. Shartsis mjs@sfglaw.com
Patric J. Kelly pjkelly@ahk-law.com
Paul S. Avilla pavilla@mstpartners.com

**Dated: August 24, 2009**                                    **Richard W. Wieking, Clerk**

                                                        **By:  /s/ JW Chambers**
                                                            **Elizabeth Garcia**
                                                            **Courtroom Deputy**

**United States District Court**
For the Northern District of California